**NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| SWIPE INNOVATIONS, LLC § § *Plaintiff,* § § § v. § § PAX TECHNOLOGY, INC. et al. § *Defendants.* § § § | Civil Action No. 9-13-CV-16 JUDGE RON CLARK |

## ORDER OF DISMISSAL

Before the court is the parties' joint stipulation of dismissal. [Doc. # 27].  The court is of the opinion the stipulation should be entered and this case dismissed.  IT IS THEREFORE ORDERED THAT all claims and counterclaims asserted in this suit between Plaintiff Swipe Innovations LLC and Defendants Pax Technology, Inc., PAX Global Technology Ltd., and Hi Sun Technology (China) Ltd., are DISMISSED WITH PREJUDICE subject to the terms of that certain agreement entitled "SETTLEMENT AND LICENSE AGREEMENT" dated July 8, 2013. Each party shall bear its own costs, expenses, and attorneys' fees.

So **ORDERED** and **SIGNED** this **29** day of **July, 2013.**

_____
Ron Clark, United States District Judge